UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF: ANITA DARLINE HANKINS
CASE NUMBER: 05-02860-8-RDD

REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the court,

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows

NAME AND LAST KNOWN ADDRESS         AMOUNT OF DIVIDEND

                                            51.06

UNION ACCEPTANCE
SECURITIZATION TRUST
12250 EL CAMINO REAL, SUITE 120
SAN DIEGO, CA 92130

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful; WHEREFORE, the undersigned Trustee desires to pay into the court said unclaimed dividends pursuant to 11USC 347

DATED: October 6, 2010

                                    S/ ROBERT R BROWNING
                                    CHAPTER 13 TRUSTEE